**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>  )<br>**Plaintiff,** )<br>  )<br>v.  )<br>  )<br>**ON HUNDRED FIFTY-THREE THOUSAND** )<br>**NINE HUNDRED TWENTY AND 00/100** )<br>**($153,920.00) IN U.S. CURRENCY,** )<br>  )<br>**Defendant.** ) | **Case No. 08-CV-2245** |

## ORDER

A Report and Recommendation (#20) was filed by Magistrate Judge David G. Bernthal in the above cause on July 2, 2009. On July 13, 2009, Movant, Irvin Dana Beal (Beal), filed his Objection to the Report and Recommendation (#21). This court has carefully reviewed Judge Bernthal's Report and Recommendation and Beal's Objection. Following this court's careful de novo review, this court agrees with and accepts Judge Bernthal's Report and Recommendation (#20). This court finds that Judge Bernthal thoroughly set out the applicable law and that his Report and Recommendation provides a well reasoned application of the law to the facts of this case.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) The Government's Motion to Strike (#17) is GRANTED. Accordingly, Beal's Motion to Dismiss (#15) is hereby STRICKEN for lack of standing.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 20th day of July, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE